IRISH FREE STATE and Others, Appellants, v. GUARANTY SAFE DEPOSIT COMPANY and Others, Respondents, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the question of any allowance for expenses and counsel fees should await the trial and judgment in the action. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BERTHA A. DALY, Appellant, v. SAMUEL S. ROSEN, Doing Business under the Name of GUARANTEE EXTERMINATOR COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements to the appellant, and motion granted except as to item 1. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELIZABETH H. STANTON, Individually and as Executrix, etc., of GEORGE H. BELCHER, Deceased, Respondent, v. A. B. LEACH & Co., INC., and Another, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELIZABETH H. STANTON, Individually and as Executrix, etc., of GEORGE H. BELCHER, Deceased, Respondent, v. A. B. LEACH & Co., INC., and Another, Appellants, Impleaded with Another, Defendant.— Order entered August 20, 1924, affirmed, with ten dollars costs and disbursements to the respondent. Appeal from ex parte order of August 19, 1924, dismissed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MAY PINCUS, Appellant, v. ALEXANDER H. PINCUS, Respondent.— Order affirmed, without costs. The bill of particulars to be served within five days from date of service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SOCRATES D. KARADISH, Appellant, v. ISAAC W. GOODHUE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MERL, INC., Appellant, v. RICHFIELD-JENKS, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of CHARLES BARDIN to Cancel of Record the Judgment Entered, etc., in Favor of HYMAN EPSTEIN, Respondent, against CHARLES BARDIN, Appellant.— Order affirmed, with ten dollars costs and disbursements to the respondent. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ALEX BLUM and Another, Doing Business under the Firm Name and Style of J. A. BLUM & SON, Appellants, v. AUBURN BUTTON WORKS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, Appellant, for an Order to Take Possession of Property and Assets of the NORSKE LLOYD INSURANCE COMPANY, LTD. In the Matter of the Application of